Opinion filed May 21, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed May 21, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00133-CV

                                                    __________

 

                                   KEITH RUSSELL JUDD, Appellant

 

                                                             V.

 

                                 KAREN
Y. COREY-STEELE, Appellee

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
County, Texas

 

                                                Trial
Court Cause No. C-105,220

 



 

                                            M
E M O R A N D U M     O P I N I O N

On
April 30, 2009, the clerk of this court wrote the parties stating that it
appeared this court did not have jurisdiction over this appeal and directing
Keith Russell Judd to respond showing grounds for continuing the appeal.  Judd
has responded contending that he filed in the trial court on April 14, 2009, a
motion asking the trial court to vacate its 1998 family violence order, that
his motion will be deemed denied after thirty days, and that this appeal will
be effective on May 14, 2009.  








Judd
has failed to invoke the jurisdiction of this court.  The appeal is dismissed
for want of jurisdiction.

 

PER CURIAM

 

May 21, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.